RECEIVED

M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Donnell Flournoy 126385 )
Full name and prison name of )
Plaintiff(s) )
)
)
v. ) CIVIL ACTION NO. 1:11cv213-1D
) (To be supplied by Clerk of U.S. District
Lori C. Ingram ) Court)
)
Douglas A. Valeska )
)
State of Alabama Et,Al; ) **DEMAND FOR JURY TRIAL**
)
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

    B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☐

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff(s) Donnell Flournoy

            Defendant(s) Skip Duffie, Veronica Alvarado, Gary Knight, Houston County CCO, Et, Al;

        2. Court (if federal court, name the district; if state court, name the county) United States District Court, Montgomery, AL.

3. Docket number 1:10-CV-104-ID

4. Name of judge to whom case was assigned Judge Wallace Capel, Jr.

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Still Pending Awaiting Jury Trial.

6. Approximate date of filing lawsuit See Case Action Summary

7. Approximate date of disposition See Case Files March, 2010

II. PLACE OF PRESENT CONFINEMENT Elba Base Facility

Elba Alabama 36323

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Houston County Court House

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Lori C. Ingram | Post Box 6406 Dothan AL. 36302 |
| 2. | Douglas A. Valeska | Post Box 6406 Dothan, AL. 36302 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED January 12, 2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Prosecutional Misconduct. Failure To Give The Full Protection of The Law.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 1-12-2010 The Plaintiff was given a Probation Revocation Hearing for Violation of Probation, not being Able to Work, being Totally Disabled From Back Injuries, And Legally Blind. Was Tried and Found Guilty Without Appoint of Counsel, Upon Requesting Counsel, Motion was Denied, in Violation of 6, 14, Const. Amend. Federal Civil Rights And 1901 Article I Sec. 6, Rule 27.6 And Rule 27.5

GROUND TWO: Failure To Give The Full Protection of The Law Failure To Uphold The Integrity In Defence of The Judiciary Misconduct Rule 8.4 AlA. Rules of Courts Misconduct Acting Under Color of Authority Charges by Law The Responsibility For Professional And Offense Rule 4.6

SUPPORTING FACTS:
Prosecutional Misconduct 13A-2-23 Code of AlA.

Canons of Judiciary Ethics Canon 1

Violation Plaintiff Const. Rights 14, 6, 1901 Article I Sec. 6 And Rule 27.5 And 27.6 (ARCP.)
Denied Right To Counsel, Denied Due Process 6, 14. Amends. Of Law, Denied Equal Protection of the Law Failure To Uphold The Integrity And Independence Canon 1

GROUND THREE: Prosecution Withholding Evidence Favorable To The Defendant, Plaintiff During Trial, Medical Statements And Findings On The Plaintiff Disibilities in violation of 14th Amend And 8th Amend Cruel & Unusual Punishments

SUPPORTING FACTS: Sworn Affidavit was sent in by Defendant Alverado Medical Findings To The Court before Revocational Hearing And was not Presented To The Judge Until Criminal Court of Appeal Remanded The Plaintiff Case in violation of Plaintiff Const. Rights To Due Process of Law 14, 6, 8th Amends U.S.C.A.

Failure To Give Full Protection of the Law, Perjury was committed in the Court From Sworn Testimony, Mishandeling Evidence Favorable To The Plaintiff, Mistreatments, Misconduct, Deliberate, Suggestiveness Federal Right, And Civil Rights All Have been Totally Violated. Racial Profileing, Racial Discrimination, Civil Rights Violations.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To Issue And Order The Defendants To Answer To The Complaint To All Violations of The Plaintiff Claim And Violation of His Federal Right And Civil Rights, To Order And Evedentiuary Hearing To Order All Witness, Records, Transcripts For Review, And Grant The Plaintiff A Jury Trial For These Civil Rights And His Federal Rights And To Sue The Defendants And State of Alabama For The Sum 5,000,000 Five Million Dollar Damage, Punitive, Monetary, or Exclutory Which Ever is Appropriated Under The Law, And To Appoint The Plaintiff With Counsel.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MARCH 21, 2011
                    (Date)

_____
Signature of plaintiff(s)

Donnell Flournoy 126385
Post Box 710
ELBA, AL. 36323




United States Dist. Courthouse
Middle Dist AlA.
Post Box 711
Montgomery, AL. 36101

"This correspondence is forwarded
from an Alabama State Prison. The content
have not been evaluated, and the Alabama
Department of Corrections is not responsibl
for the substance or content of the enclosed
communication."